FILED
March 08, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D25

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | |
|---|---|
| **Case Title :** | Donald Lee Driggs and Julia Ann Driggs |
| **Case No :** | 11-21440 - E - 13L |
| **Date :** | 3/1/11 |
| **Time :** | 01:30 |
| **Matter :** | [10] - Motion/Application to Value Collateral of GMAC Mortgage, LLC [CC-1] Filed by Debtor Donald Lee Driggs, Joint Debtor Julia Ann Driggs (kwis) |
| **Judge :** | Ronald H. Sargis |
| **Courtroom Deputy :** | Janet Larson |
| **Reporter :** | NOT RECORDED |
| **Department :** | E |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion for Valuation of Collateral filed by Debtor(s) having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that pursuant to 11 U.S.C. §506(a) the claim of GMAC Mortgage secured by a second trust deed recorded against the real property commonly known as 1510 5th Street, Lincoln, California, is determined to have a value of $0.00, and the balance of the claim is to be paid as an unsecured claim under the confirmed Chapter 13 Plan.

Dated: March 08, 2011

By the Court

*Ronald H. Sargis, Judge*
United States Bankruptcy Court